IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COMMITTEE TO PROTECT OUR AGRICULTURAL WATER; MIKE HOPKINS, an individual; JOHN WEDEL, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**OCCIDENTAL OIL AND GAS CORPORATION, a Texas corporation; WESTERN STATES PETROLEUM ASSOCIATION (WSPA), a non-profit trade association; CALIFORNIA INDEPENDENT PETROLEUM ASSOCIATION (CIPA) a non-profit trade association; CHEVRON U.S.A. INC., a Pennsylvania corporation; CALIFORNIA DIVISION OF OIL, GAS & GEOTHERMAL RESOURCES (DOGGR); EDMUND G. BROWN JR., an individual; TIMOTHY R. KUSTIC, an individual; MARK NECHODOM, an individual; LORELEI H. OVIATT, an individual; CALIFORNIA RESOURCES CORPORATION (DOE 1), a Delaware corporation; and DOES 2 through 100,**<br><br>Defendants. | 1:15-CV-01323-DAD-JLT<br><br>[~~PROPOSED~~] **ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>(Doc. 149) |

    The Court, having considered the request by defendants State of California, Timothy Kustic, Mark Nechodom and Edmund G. Brown Jr. to continue the scheduling conference, and any opposition or joinder thereto, and good cause appearing therefor,

1

**IT IS ORDERED** that the scheduling conference is continued to July 22, 2016 at 8:30 a.m. The Court authorizes appearances via the CourtCall service.

IT IS SO ORDERED.

Dated: **April 5, 2016**      /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE