R. Rex Parris Esq. (SBN 96567)
 rrexparris@rrexparris.com
Patricia K. Oliver, Esq. (SBN 193423)
 poliver@ parrislawyers.com
Alexander R. Wheeler, Esq. (SBN 239541)
 awheeler@parrislawyers.com
PARRIS LAW FIRM
43364 10th Street West
Lancaster, California 93534
Telephone: (661) 949-2595
Facsimile:  (661) 949-7524

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE TO PROTECT OUR AGRICULTURAL WATER; MIKE HOPKINS, an individual; JOHN WEDEL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>OCCIDENTAL OIL AND GAS CORPORATION, a Texas corporation; WESTERN STATES PETROLEUM ASSOCIATION (WSPA), a non-profit trade association; CALIFORNIA INDEPENDENT PETROLEUM ASSOCIATION (CIPA), a non-profit trade association; CHEVRON U.S.A. INC., a Pennsylvania corporation; CALIFORNIA DIVISION OF OIL, GAS & GEOTHERMAL RESOURCES (DOGGR); EDMUND G. BROWN, an individual; TIMOTHY R. KUSTIC, an individual; MARK NECHODOM, an individual; LORELEI H. OVIATT, an individual; CALIFORNIA RESOURCES CORPORATION (DOE 1), a Delaware corporation; and DOES 2 through 100,<br><br>Defendants. | Case No. 1:15-cv-01323-DAD-JLT<br><br>[~~PROPOSED~~] ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE BASED UPON THE STIPULATION OF COUNSEL<br><br>(Doc. 170) |

[~~Proposed~~] Order Granting Joint Stipulation to Dismiss

1

**[PROPOSED] ORDER**

2

On February 10, 2017, all parties submitted a Joint Stipulation to Dismiss this action. The

3

parties agree the matter will be dismissed without prejudice as to Mike Hopkins and Jim Wedel

4

but the matter will be dismissed with prejudice to the plaintiff, the Committee to Protect Our

5

Agricultural Water.

6

Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an

7

action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have

8

appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is

9

not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San

10

Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is **DIRECTED** to close

11

this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to

12

Rule 41(a).

13

14

IT IS SO ORDERED.

15

Dated:   **February 14, 2017**                     **/s/ Jennifer L. Thurston**

16

UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

I, Patricia K. Oliver, an attorney, certify that on February 10, 2017, I caused to be served the above and foregoing **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**, by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, on this the 10th day of February, 2017.

**\*\*\* Please See Attachment \*\*\***

/s/ *Patricia K. Oliver*
Patricia K. Oliver, Esq.

# **ATTACHMENT TO CERTIFICATE OF SERVICE**

COMMITTEE TO PROTECT OUR AGRICULTURAL WATER, et al. v.
OCCIDENTAL OIL AND GAS CORPORATION, et al. al.
UNITED STATES DISTRICT COURT: CASE NO.: 1:15-CV-01323-DAD-JLT

| | |
|---|---|
| Matthew Kline, Esq.<br>O'MELVENY & MYERS, LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br>Phone (310) 246-6840<br>Fax (310) 246-6779<br>Email: mkline@omm.com | *Attorneys for Defendants*<br>OCCIDENTAL OIL AND GAS<br>CORPORATION,<br>*a Texas corporation, and* CALIFORNIA<br>RESOURCES CORPORATION,<br>*a California corporation* |
| Dimitri D. Portnoi, Esq.<br>Brittany A. Rogers, Esq.<br>O'MELVENY & MYERS, LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>Phone: (213) 430-7699<br>Fax: (213)-430-6407<br>Email: dportnoi@omm.com,<br>rogers.brittany@gmail.com | |
| Theodore J. Boutrous, Jr., Esq.<br>Jeffrey D. Dintzer, Esq.<br>William E. Thomson, Esq.<br>GIBSON, DUNN & CRUTCHER, LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Phone: (213) 229-7891<br>Fax: (213) 229-6891<br>Email: wthomson@gibsondunn.com,<br>jdintzer@gibsondunn.com | *Attorneys for Defendant*<br>CHEVRON U.S.A., INC., *a Pennsylvania*<br>*corporation* |

## ATTACHMENT TO CERTIFICATE OF SERVICE

COMMITTEE TO PROTECT OUR AGRICULTURAL WATER, et al. v.
OCCIDENTAL OIL AND GAS CORPORATION, et al. al.
UNITED STATES DISTRICT COURT: CASE NO.: 1:15-CV-01323-DAD-JLT

| | |
|---|---|
| Jack S. Yeh, Esq.<br>Keli Osaki, Esq.<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 W. Olympic Blvd.<br>Los Angeles, California 90064<br>Phone: (310) 312-4367<br>Fax: (310) 312-4224<br>Email: jyeh@manatt.com,<br>kosaki@manatt.com | *Attorneys for Defendant*<br>*CALIFORNIA INDEPENDENT PETROLEUM ASSOCIATION, a non-profit trade association* |
| Christopher R. Rodriguez, Esq.<br>Andrew D. Bluth. Esq.<br>PILLSBURY WINTRHOP SHAW PITTMAN, LLP<br>2600 Capitol Avenue, Suite 300<br>Sacramento, California 95816<br>Phone: (916) 329-4720<br>Fax: (916) 441-3583<br>Email: Chris.rodriguez@pillsburylaw.com,<br>abluth@pillsburylaw.com | *Attorneys for Defendant*<br>*WESTERN STATES PETROLEUM ASSOCIATION, a non-profit trade association* |
| Joel M. Athey, Esq.<br>Kristina S. Azlin, Esq.<br>HOLLAND & KNIGHT LLP<br>400 S. Hope Street, 8th Floor<br>Los Angeles, California 90071-2040<br>Phone: (213) 896-2400<br>Fax: (213) 896-2450<br>Email: joel.athey@hklaw.com,<br>kristina.azlin@hklaw.com | *Attorneys for Defendant*<br>*LORELEI H. OVIATT, an individual* |

# **ATTACHMENT TO CERTIFICATE OF SERVICE**

COMMITTEE TO PROTECT OUR AGRICULTURAL WATER, et al. v. OCCIDENTAL OIL AND GAS CORPORATION, et al. al.
UNITED STATES DISTRICT COURT: CASE NO.: 1:15-CV-01323-DAD-JLT

| | |
|---|---|
| KAMALA D. HARRIS, ESQ.<br>Attorney General of California<br>JOEL A. DAVIS, ESQ.<br>Supervising Deputy Attorney General<br>KENNETH G. LAKE, ESQ.<br>Deputy Attorney General<br>State of California, Department of Justice<br>300 S. Spring Street<br>Los Angeles, California 90013<br>Phone: (213) 897-2124<br>Fax: (213) 897-2810<br>Email: Kenneth.Lake@doj.ca.gov | *Attorneys for Defendant,*<br>*State of California, acting by and*<br>*through* THE STATE OF CALIFORNIA<br>DEPARTMENT OF CONSERVATION,<br>DIVISION OF OIL, GAS & GEOTHERMAL<br>RESOURCES, TIMOTHY KUSTIC, MARK<br>NECHODOM AND EDMUND G. BROWN JR. |